IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| KEITH WAYNE BELL, SR., | * |
| ADC #167455 | * |
|     Plaintiff, | * |
| | * |
| v. | *    No. 4:18CV00795-SWW |
| | * |
| TESHARA GARLINGTON; *et al.* | * |
| | * |
|     Defendants. | * |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

IT IS SO ORDERED this 7th day of December, 2018.

                                             /s/Susan Webber Wright
                                             UNITED STATES DISTRICT JUDGE